UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CALIXTO CONTRERAS PEDRO, *individually and in behalf of all other persons similarly situated*,

                  Plaintiff,

-against-

TAJ PLACE INCORPORATED, *doing business as Minar's Taj*; RANJIT KAUR; INDER SINGH, *jointly and severally*,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 12 2015

ORDER

15 Civ. 2887 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days.

Dated: New York, New York
       August 12, 2015

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge